IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: May 7, 2013 |
| Court Reporter: Kara Spitler | Probation: Laura Ansart |

_____

Criminal Action No.  12-cr-00502-RBJ           *Counsel:*

UNITED STATES OF AMERICA,                     Jeremy S. Sibert

    Plaintiff,

v.

1.  PHILLIP DANTE DILOSA,                      Brian R. Leedy

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

01:20 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by defendant's wife

Statement by defendant's Uncle Glenn Lyons

1

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:    Defendant's Motion for a Variant Sentence [18] is granted in part and denied in part.**

Defendant entered his plea to Count One of the Indictment on January 30, 2013.

**ORDERED:    Defendant shall be imprisoned for 21 months**.

Court RECOMMENDS that defendant receive credit for the time spent in custody.

**ORDERED:    Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.**

**ORDERED:    Conditions of Supervised Release:**
**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.**

**ORDERED:    While on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and the defendant must comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:    Special Condition of Supervised Release:**

**The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:** **Defendant shall pay $100.00 to Crime Victim Fund (Special Assessment), to be paid immediately.**

**ORDERED:** **No fine is imposed because defendant has no ability to pay a fine.**

**ORDERED:** **A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.**

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

02:00 p.m.   Court in Recess
             Hearing concluded
             Time: 40 minutes
`